AO 451 (Rev.12/93) Certification of Judgment...

**2:06-ms-00043-NA-NA**

# UNITED STATES DISTRICT

2006 MAY 18

DISTRICT OF NEW MEXICO

KABANA INC.

V.

BEST OPAL INC.

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

Case Number:  05 cv 1101 WJ/CS

I, _____Matthew J. Dykman_____ Clerk of the United States district court certify that the attached judgment is a true and correct copy of the original judgment entered in this action ___5/8/2006___, as it
                                                                                                                                                     Date
appears in the records of this court, and that

No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.

**IN TESTIMONY WHEREOF**, I sign my name and affix the seal of this Court.

___5/8/2006___                                      ___Matthew J. Dykman___
Date                                                       Clerk

                                                              ___Vineeta Verma___
                                                              (By) Deputy Clerk

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(†Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

KABANA, INC.,

    Plaintiffs,

v.                                                                 No. CV 05-1101 WJ/LCS

BEST OPAL, INC.,

    Defendants.

## FINAL JUDGMENT AND PERMANENT INJUNCTION

This matter comes before the Court on Plaintiff Kabana, Inc.'s Motion for Entry of Default Judgment (Doc. 5). The Court having previously entered its Memorandum Opinion and Order Granting In Part Motion for Default Judgment on March 13, 2006 (Doc. 8), and having conducted an evidentiary hearing as to Plaintiff's damages claim pursuant to Fed. R. Civ. P. 55(b)(2), at which hearing the Court considered the pleadings, arguments, testimony and evidence submitted, the Court determined that final judgment should be entered as to Plaintiff's Motion.

**THEREFORE,**

**It is ORDERED:**

1. The Court, in conjunction with this Final Judgment and Permanent Injunction, has adopted and filed separately herein its Findings of Fact and Conclusions of Law.

2. Defendant, Best Opal, Inc., its agents, servants, employees, and all persons acting under Defendant's permission and authority, are permanently enjoined and restrained pursuant to 17 U.S.C. § 502, from infringing, in any manner, the copyrighted Work owned by Kabana.

3. Defendant and all persons acting in concert with them are ordered to immediately stop the sale, advertisement, and distribution of any and all infringing work.

1

4. Defendant and all persons acting in concert with Defendant are ordered to immediately ship any and all infringing pieces, including any molds, models, casts, rubbers, and/or silvers of the infringing pieces, to counsel for Plaintiff at the following address so that those items may be destroyed:

> Justin R. Jackson, Esq.
> Peacock Myers, P.C.
> 201 Third Street NW
> Suite 1340
> Albuquerque, New Mexico 87102

5. Plaintiff is awarded against Defendant, and Defendant is ordered to pay to Plaintiff, statutory damages pursuant to 17 U.S.C. § 504(c)(2) in the amount of $150,000.00 for each of the four (4) infringed works, for total statutory damages of $600,000.00.

6. Plaintiff is awarded against Defendant, and Defendant is ordered to pay to Plaintiff, costs including reasonable attorney's fees, pursuant to 17 U.S.C. § 505 in the amount of $23,375.99.

7. Defendant is ordered to pay Plaintiff post-judgment interest on the total damages awarded and the total fees and costs awarded, from the date of entry of this Judgment until paid, at the rate provide in accordance with 28 U.S.C. § 1961.

8. The judgment and rulings contained in the Memorandum Opinion and Order Granting In Part Motion for Default Judgment on March 13, 2006 (Doc. 8) are adopted and incorporated herein.

9. This a final judgment.

_____
Honorable William P. Johnson
United States District Judge

2

CERTIFIED a True Copy of the original filed in the office of the Clerk
by _____
Deputy

# United States District Court
## District of New Mexico

## Document Verification

**Case Title:** Kabana, Inc. v. Best Opal Inc.
**Case Number:** 05cv01101
**Office:**

### Document Information

**Number:** 21

**Description:** FINAL JUDGMENT & permanent injunction: by District Judge William P. Johnson dismissing case (cc: all counsel) *

**Size:** 2 pages (12k)

| Date Received: | 04/26/2006 10:22:39 AM | Date Filed: | 04/26/2006 | Date Entered On Docket: | 04/26/2006 |
|---|---|---|---|---|---|

### Court Digital Signature                                    View History

4a d9 79 73 82 e4 7c 33 55 24 e2 14 bf 7b 91 58 b7 c2 70 da a8 5d 2d 4f e1 dc 33 8d 8b c3 37 51 c3
ba 26 7a c3 e7 f2 68 bf 20 63 6e f6 81 56 a0 01 2d b5 4f 29 44 dd 4f f3 12 dc 9d 37 18 c5 65 15 fa
7d 19 9f 1d 03 b9 7b e0 2c 0d 98 3b a5 f6 c4 d4 2e 95 be 12 64 e6 1c c0 83 b6 e0 13 3d a6 e0 b6 3b
00 15 09 d8 27 ea 00 a1 fe 71 6a 90 43 4d 88 67 00 d6 ee ba 79 30 eb 83 bb 20 86 1a 4e

### Filer Information

**Submitted By:** Martha A. Garcia

**Comments:** JUDGMENT by District Judge William P. Johnson and permanent injunction AS FURTHER DESCRIBED HEREIN.

**Digital Signature:** The Court's digital signature is a verifiable mathematical computation unique to this document and the Court's private encryption key. This signature assures that any change to the document can be detected.

**Verification:** This form is verification of the status of the document identified above as of *Wednesday, April 26, 2006*. If this form is attached to the document identified above, it serves as an endorsed copy of the document.

**Note:** Any date shown above is current as of the date of this verification. Users are urged to review the official court docket for a specific event to confirm information, such as entered on docket date for purposes of appeal. Any element of information on this form, except for the digital signature and the received date, is subject to change as changes may be entered on the Court's official docket.