1                             UNITED STATES DISTRICT COURT

2                                 DISTRICT OF NEVADA

3   KABANA, INC.,                    )    CASE NO. MS-S-06-00043-GWF-GWF

                                         )

4             Plaintiff,           )

                                         )    **AFFIDAVIT AND REQUEST FOR**

5   vs.                               )    **ISSUANCE OF WRIT OF EXECUTION**

                                         )

6                                          )

   BEST OPAL, INC.,             )

7                                          )

           Defendant.          )

8   _____ )

9   STATE OF NEVADA         }

                          } ss.

10   COUNTY OF CLARK        }

11       I, Andrew M. Moore, hereby state on oath:

12          1.   Judgment for $623,375.99 was entered on May 18, 2006, in the docket of the

13             above entitled Court in favor of: KABANA, INC. as Judgment Creditor, and

14             against BEST OPAL, INC. as Judgment Debtor.

15          2.   Said Judgment was registered herein under Title 28, U.S.C. § 1963, being a

16             Judgment which was obtained in Civil Case No. CV 05-1101 WJ/LCS in the

17             U.S. District Court for the District of New Mexico which was entered on May

18             8, 2006 and which has become FINAL.

19          3.   I am the attorney for said Judgment Creditor, and request issuance of a Writ of

20             Execution on the Judgment.

21          4.   ACCRUED since the entry of Judgment are the following sums:

22                 $3,791.12    accrued interest, and

                     $    47.28    accrued costs, together with

23                $   500.00    fee on deposit, for the issuance of this writ, making a total of

                     $ 4,338.40    as ACCRUED COSTS, ACCRUED INTEREST AND FEES.

24

1    CREDIT must be given for payments and partial satisfactions in no amount

2    ($0.00), which is to be first credited against the total accrued costs and accrued

3    interest, with any excess credited against the judgment as entered, leaving a net

4    balance of

5    $627,714.39    ACTUALLY DUE on this date.  Of this total,

6    $623,375.99  is the amount of the original Judgment as entered still remaining due

7    and bearing interest at 9.25% (percent) per annum, in the amount of $157.96 PER

8    DAY, from this date.

9    DATED: This _1st_ day of June, 2006.

10
                                                                      _____
11                                                                   Andrew D. Moore
                                                                      Attorney for Judgment Creditor
12

SUBSCRIBED and SWORN to before m
13
This _1st_ day of _June_ , 2006.
14

15   _____
     NOTARY PUBLIC
16

17
     DORIS FAASSE
18   Notary Public State of Nevada
     No. 99-5360-1
     My appt. exp. June 16, 2007
19

20

21

22

23

24